# SEALED

**RECEIVED**

AUG 3 1 2006

**CHAMBERS OF JUDGE LAMBERTH**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO.  05-342 (RCL) |
| | : | |
| **ALVARO SERRANO ARCHBOLD-** | : | ~~GOVERNMENT'S PROPOSED~~ ORDER |
| **MANNER (1)** | : | TO MODIFY THE SEALING ORDER |
| a.k.a "El Negro" | : | AND TO REDACT THE SECOND |
| a.k.a. "Archie" | : | SUPERSEDING INDICTMENT |
| a.k.a. "Bambino" | : | |
| | : | **UNDER SEAL** |
| **JESUS ANTONIO MURILLO-LENIS(2)** | : | |
| a.k.a. "Leni" | : | |
| a.k.a. "Muri" | : | |
| | : | **FILED** |
| **RANFER MANUEL RIOS-** | : | |
| **MERCADO (3)** | : | SEP 1 3 2006 |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| **JEFFREY DAVYTON LEWIS (4)** | : | U.S. DISTRICT COURT |
| | : | |
| **GARETH DAVITON LEWIS (5)** | : | |
| a.k.a "David Lewis" | : | |
| a.k.a. "Mocho" | : | |
| | : | |
| **FREDY GOMEZ-PEREZ (6)** | : | |
| a.k.a. "Chiqui" | : | |
| | : | |
| **JUAN DE JESUS RINCON-ROJAS (7)** | : | |
| | : | |
| **GUSTAVO BARBOSA-RODRIGUEZ(8)** | : | |
| | : | |
| **ULISES MALKUM-BERNADES (9)** | : | |
| a.k.a. "Ulysis Malcom" | : | |
| a.k.a. "Ulyses Malcolm" | : | |
| a.k.a. "Ulysis Malkun" | : | |
| a.k.a. "El Gordo" | : | |
| a.k.a. "Montoya" | : | |

RECEIVED

AUG 3 0 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

CARLOS DELGADO-GOMEZ (10)               :
    a.k.a. "Carlanga"                              :
                                                  :
LUIS ENRIQUE CASTANEDA-                 :
GONZALEZ (11)                           :
    a.k.a "Kike"                                  :
                                                  :
ENRIQUE OYOLA-ROPERO (12)               :
                                                  :
VICTOR ANTONIO PALMERA-                 :
QUINTANA (13)                           :
                                                  :
SERGIO RENE DE MARTINI-                 :
TAMAYO (14)                             :
    a.k.a. "Paisa,"                               :
    a.k.a. "Rafita,"                              :
    a.k.a. "Henry"                                :

JOSE HUGO ALVAREZ-LOZANO (15)           :
                                                  :
JAIME HERNAN GUTIERREZ-                 :
DIAZ (16)                               :
                                                  :
GERMAN VILLEGAS-MEJIA (17)              :
    a.k.a. "El Doctor"                            :
                                                  :
GERARDO TOBON-ROJAS (18)                :
    a.k.a. "Mateo"                                :
                                                  :
FERNANDO ZAPATA-BERMUDEZ(19)            :
                                                  :
HERIBERTO ZAZUETA (20)                  :
    a.k.a. "Don Beto"                             :
                                                  :
MARIO FRANCISCO MAGANA-                 :
PEREZ (21)                              :
    a.k.a "El Grandote"                           :
                                                  :
JUAN JOSE HEREDIA-LOPEZ (22)            :
                                                  :
HECTOR CONTRERAS-NOVOA (23)             :
    a.k.a. "Hector Contreras-Noboa"               :
    a.k.a. "Cuate"                                :
                                                  :
JUAN EDUARDO PEREZ-RINCON (24)          :

FILED

SEP 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ALFREDO LUIS PERALTA-**
**CARRILLO (25)**

:
:

## ORDER

Upon consideration of the Government's Motion Modify the Sealing Order and to Redact

the Second Superseding Indictment, it is hereby,

ORDERED, for the reasons stated in the Government's motion, this _13th_ day of

_September_, 2006, that the Government's Motion Modify the Sealing Order

and to Redact the Second Superseding Indictment be GRANTED and this Court's ORDER be

sealed until further Order of this Court. It is further, ORDERED That The Proposed
Redacted Indictment lodged 9/6/06 shall be utilized, and it is further
ORDERED, that the Government may disclose the Indictment to persons necessary to

effect the arrest and/or extradition of the defendants.

ROYCE C. LAMBERTH
U.S. DISTRICT JUDGE FOR
THE DISTRICT OF COLUMBIA

DATE: _9/13/06_

cc:    Patrick H. Hearn, Trial Attorney.
Narcotic and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, NW, Suite 800
Washington, D.C. 20530    202-305-7606