UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   )<br>   )<br>   Plaintiff,   )<br>   )<br>vs.   ) Criminal Case No. 05-342-25 (RCL)<br>   )<br>**ALFREDO LUIS PERALTA-CARRILLO,**)<br>   )<br>   Defendant.   )<br>_____)  | |

### NOTICE OF APPEARANCE AS COUNSEL FOR
### DEFENDANT ALFREDO LUIS PERALTA-CARRILLO

Undersigned counsel, Troy D. Ferguson, Esq., files this notice of appearance as retained counsel for Defendant Alfredo Luis Peralta-Carrillo and requests that copies of all notices, orders, correspondence, pleadings and papers filed in this matter be mailed to undersigned counsel at the address noted below.

Respectfully submitted,

_____"/s/"_____
Troy D. Ferguson, Esq.
DC Bar ID Number 431903
Law Offices of Troy D. Ferguson, P.A.
2250 SW 3rd Avenue, Suite 201
Miami, Florida 33129
Telephone (305) 858-0888
Facsimile (305) 858-7107
E-Mail: TDFFergusonLaw@bellsouth.net