## WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-342 (RCL) | MAGIS. NO: |
| V.<br><br>ALVARO SERRANO ARCHBOLD-MANNER, et. al. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Alfredo Luis Peralta-Carrillo #25<br>Republic of Colombia<br><br>29090163 Write | |
| DOB: 8/27/59    PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **SECOND SUPERSEDING INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

*He will be placed In-Transit @ DC Jail on 8/23/07*
*- He is not in PTS*
*- Needs to be processed & see Mag*

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>21:959, 960 and 963; 18:2; 21:853 and 970 | |
|---|---|---|
| BAIL FIXED BY COURT:<br>HWOB | OTHER CONDITIONS OF RELEASE: | |
| ORDERED BY:<br>MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE DEBORAH A. ROBINSON | DATE ISSUED:<br>April 13, 2006 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | DEPUTY CLERK | DATE: |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 8/24/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Sean McLeod SDUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| HIDTA CASE: Yes   No X | | OCDETF CASE:  Yes   No X |

**FILED**
**AUG 24 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT