UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>            Plaintiff,      )<br>                                          )<br>v.                                    ) CRIMINAL NO. 05-342 (RCL)<br>                                          )<br>ALFREDO LUIS PERALTA-CARRILLO, )<br>(25),                                )<br>            *et al*.               )<br>            Defendants.      )<br>_____) | |

ORDER OF DETENTION

Upon consideration of the Government's oral motion to detain the defendant without bond pending trial pursuant to 18 U.S.C. § 3142 and the record herein, and it not being contested by the defense, it is hereby

ORDERED, that the Government's motion is GRANTED and that defendant Alfredo Luis Peralta-Carrillo will be held without bond pending trial. In support of this ruling, the Court makes the following findings:

1. There is a presumption that the defendant should be detained because he has been charged by Indictment with an offense for which the maximum term of imprisonment of ten years or more is prescribed under the Controlled Substances Act. 18 U.S.C. § 3142(e).

2. The defendant has no ties to the United States and his personal characteristics support the conclusion that he is a risk of flight if released.

3. The defendant is a danger to the community in general as a result of his drug trafficking activities.

4. The defendant has not rebutted the presumption contained in the Bail Reform Act and

      accordingly, no condition or combination of conditions will reasonably assure the appearance of the defendants at trial.  *See* 18 U.S.C. § 3142(e).

5.     The defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  18 U.S.C. § 3142(i)(2).

6.     The defendant shall be afforded reasonable opportunity for private consultation with counsel.  18 U.S.C. § 3142(i)(3).

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 24, 2007.